## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 10-47-UNA |
| | ) | |
| BRUCE E. COSTA, JR., | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO SEAL

**NOW COMES** the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney, and hereby moves this Honorable Court to seal the Indictment returned by the Grand Jury on April 15, 2010, Motion for Arrest Warrant, Arrest Warrant, this Motion and Order to Seal, and the related file in the above-captioned case until further Order of the Court, as the defendant has not yet been apprehended; with the exception that the file may be unsealed for the limited purpose of entering the arrest warrant into the NCIC system by the United States Marshals Service. A proposed Order is attached.

DAVID C. WEISS
United States Attorney

BY: _____
Shawn A. Weede
Assistant United States Attorney

Dated: 4/15/10



FILED
APR 15 2010
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 10-47-UNA |
| ) | |
| BRUCE E. COSTA, JR., ) | |
| ) | |
| Defendant. ) | |

### ORDER

AND NOW this __15__ day of __April__, 2010, based upon the government's Motion, **IT IS HEREBY ORDERED** that the Indictment, Arrest Warrant, Motion for Arrest Warrant, Motion to Seal, this Order, and related file be **sealed** until further Order of the Court; with the exception that the file may be unsealed for the limited purpose of entering the arrest warrant into the NCIC system by the United States Marshals Service.

Honorable Leonard P. Stark
United States Magistrate Judge
District of Delaware