# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 10-47-UNA |
| BRUCE E. COSTA, JR., | ) ) |
| Defendant. | ) ) |

REDACTED

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about September 12, 2009, in the State and District of Delaware, BRUCE E. COSTA, JR., defendant herein, did knowingly and unlawfully distribute Oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).



FILED

APR 1 5 2010

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, defendant BRUCE E. COSTA, JR. shall forfeit to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), any property, real and personal, that constitutes or is derived from or is traceable to proceeds obtained directly or indirectly from the commission of the above offense; all property, real or personal, that was used to facilitate, or was intended to be used to facilitate the commission of the offense. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

Foreperson

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Shawn A. Weede
Assistant United States Attorney

Dated: April 15, 2009